## UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-00945-MEMF                                    Date: 11/25/2025

Present: The Honorable: Alicia G. Rosenberg, United States Magistrate Judge

Interpreter N/A                                         Language N/A

| Karl Lozada | CS 11/25/2025 | Christina Lopez |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)   ✔ Present  Released on Bond      Attorneys for Defendants:   ✔ Present  CJA

Virginia Reyes                                         Gregory Nicolaysen

**Proceedings: Arraignment of**   ✔ **Assignment of Case**      **Appointment of Counsel**
**Defendant and/or**                **Initial Appearance**

* Court does not question defendant as to true name.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Maame Ewusi-Mensah Frimpong.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 1/12/2026 8:30 AM;
Status Conference: 12/11/2025 2:00 PM
* Government counsel provides trial estimate of 3-4 days.
* Judge Frimpong is located in 8B, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA        PSAED        PSASA        **Initial Appearance/Appointment of Counsel:** 00  : 00
     USMLA        USMED        USMSA
     Statistics Clerk          Interpreter                      **Arraignment:** 00  : 02
     ✔ CJA Supervising Attorney    Fiscal
                                              **Initials of Deputy Clerk:** KL by TRB