# EXHIBIT A

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>VIRGINIA REYES,<br><br>   Defendant. | CR No. 25-00945(A)-MEMF<br><br>S U P E R S E D I N G<br>I N F O R M A T I O N<br><br>[18 U.S.C. § 111(a)(1):<br>Obstructing and Impeding Federal<br>Officers and Employees]<br><br>[CLASS A MISDEMEANOR] |
| --- | --- |

  The United States of America charges:

[18 U.S.C. §§ 111(a)(1), 2(a)]

On or about July 10, 2025, in Ventura County, within the Central District of California, defendant VIRGINIA REYES, and others known and unknown, each aiding and abetting the others, intentionally and forcibly resisted, opposed, impeded, intimidated, and interfered with Department of Homeland Security officers and employees of the United

//

//

//

States in the performance of official duties, while they were engaged in, and on account of, the performance of their official duties, in violation of Title 18, United States Code, Section 111(a)(1), a misdemeanor.

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Chief, National Security Division
Assistant United States Attorney

COLIN S. SCOTT
Assistant United States Attorney
National Security Division

2